## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
| LESLIE Y. MORRIS | ) | Under Chapter 7 |
| | ) | |
| Debtor(s). | ) | BK 13-32033 |

### OBJECTION TO APPLICATION TO PROCEED in forma pauperis

Now comes Robert T. Bruegge, Trustee in the above-referenced cause, and objects to the Application of the Debtor to Proceed in forma pauperis and states as follows:

1. The Debtor filed for relief under the bankruptcy code on October 29, 2013.

2. The Debtor is employed by Bi-State as a bus driver.

3. The Debtor's gross earnings per month are $2,300.00.

4. The payroll deductions set forth on Schedule I indicate that she has $1,315.92 taken out of her gross pay of $2,300.00.

5. The Trustee believes that the information set forth on Schedule I is not accurate. There is a line item of $475.56 per month taken out for pension/motor coach.

6. There is another line item indicating union dues in the amount of $186.40 per month that is taken out of the Debtor's check.

Based upon this information, the Trustee believe that there is a sufficient income for the Debtor to pay the filing fee in monthly installments.

Respectfully submitted this 1st day of November, 2013.

Robert T. Bruegge, Trustee
1606 Eastport Plaza Drive, Suite 110
Collinsville, IL 62234
618-301-4878
888-519-6101 fax
rtbruegge@lawdept.net

## CERTIFICATE OF MAILING

I, the undersigned, certify that a true and correct copy of the foregoing was served electronically on all parties scheduled on the Court's ECF Notice List and that a copy of the foregoing was served upon all interested parties in the above-captioned cause by enclosing the same in an envelope addressed to each attorney or interested party at their address(es) disclosed by the pleadings of record, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office mail box in Collinsville, Illinois on the _1st_ day of _November_, 2013.

Leslie Y. Morris
5301 Market
East St. Louis, IL 62207

Robert T. Bruegge