# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>Leslie Y Morris<br><br>　　　　Debtor(s) | In Proceedings<br>Under Chapter 7<br><br>BK 13–32033–lkg |

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–9977

## ORDER ON DEBTOR'S APPLICATION
## FOR WAIVER OF THE CHAPTER 7 FILING FEE

　　Upon consideration of the debtor's Application for Waiver of the Chapter 7 Filing Fee, the Court orders that the application is:

☑ GRANTED.

　　This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

　　At such time that the trustee determines this case to be an asset case, the Trustee is Ordered to petition the Court to revoke the IFP status.  Upon an IFP status being revoked, all fees due and owing will be paid through the estate.

☐ DENIED.


ENTERED: November 25, 2013　　　　　　　　　　　　　　/s/ Laura K. Grandy
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE