IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Leslie Y Morris, | ) | Case No.  13-32033 |
| | ) | |
| Debtor(s). | ) | Judge Laura K Grandy |

## MOTION TO MODIFY THE AUTOMATIC STAY

Now comes JPMorgan Chase Bank, N.A., by Darren L. Besic, its attorney, and moves this Court for entry of an Order modifying the Automatic Stay to allow JPMorgan Chase Bank, N.A. to proceed against its collateral, pursuant to 11 U.S.C. § 362(d), and in support thereof, states as follows:

1. The Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code on October 29, 2013.

2. JPMorgan Chase Bank, N.A. is a secured creditor of the Debtor pursuant to a Retail Installment Contract ("Contract") subsequently assigned to JPMorgan Chase Bank, N.A. A copy of the Contract is attached as Exhibit "A".

3. Pursuant to this Contract (Ex. A), JPMorgan Chase Bank, N.A. was granted a security interest in a 2009 Mercedes-Benz C300 VIN#WDDGF54X99F234347, which has been perfected by JPMorgan Chase Bank, N.A. recording its lien on the title to the vehicle.  A copy of the Certificate of Title of a Vehicle is attached hereto as Exhibit "B".

4. The Debtor is in default under the terms of the Contract (Ex. A) for failure to make the installment payments due April 13, 2013 and each month thereafter.

5. Under the terms of the Contract (Ex. A), JPMorgan Chase Bank, N.A. is entitled to possession of its collateral in the event of default.

6. The outstanding balance on this account is $16,912.94, plus accrued late charges, attorney's fees and costs.

7. JPMorgan Chase Bank, N.A. believes that the estate possesses no equity in the collateral since the outstanding balance due exceeds the collateral's fair market value.

8. The vehicle is not necessary to the effective reorganization of the Debtor since this is a liquidation proceeding.

9. JPMorgan Chase Bank, N.A. has been unable to verify proof of insurance coverage against physical damage, listing creditor as lienholder/loss payee, contrary to the requirements of the underlying retail installment contract and adequate protection requirements of the U.S. Bankruptcy Code to do so.

10. The substantial security interest of JPMorgan Chase Bank, N.A. in this vehicle is not adequately protected since the vehicle is uninsured and is rapidly depreciating in value while payments are not being made to JPMorgan Chase Bank, N.A.

WHEREFORE, JPMorgan Chase Bank, N.A. prays that this Court enter an Order finding that JPMorgan Chase Bank, N.A. is entitled to possession of the vehicle, a 2009 Mercedes-Benz C300 VIN#WDDGF54X99F234347, modifying the automatic stay to allow JPMorgan Chase Bank, N.A. to foreclose on its security interest in the vehicle, as provided by relevant state law, waiving Bankruptcy Rule 4001(a)(3), and for such other relief as the Court deems just.

JPMorgan Chase Bank, N.A.

BY:   /s/ Darren L. Besic
       One of its attorneys

Darren L. Besic, Esq.
Attorney for JPMorgan Chase Bank, N.A.
5 East Wilson Street
Batavia, IL 60510
(630) 406-8555

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Leslie Y Morris, | ) | Case No.  13-32033 |
| | ) | |
| Debtor(s). | ) | Judge Laura K Grandy |

Darren L. Besic, Attorney for JPMorgan Chase Bank, N.A., states to the best of the movant's knowledge, information and belief, there are no such other entities/parties.

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Leslie Y Morris, | ) | Case No. 13-32033 |
| | ) | |
| Debtor(s). | ) | Judge Laura K Grandy |

## SUMMARY OF EXHIBITS

The following exhibit(s) pertain to the Motion For Relief Stay filed by JPMorgan Chase Bank, N.A. on December 19, 2013.

1. Retail Installment Contract.

2. Certificate of Title of a Vehicle showing lien perfection of JPMorgan Chase Bank, N.A. for a 2009 Mercedes-Benz C300 VIN#WDDGF54X99F234347, .

/s/ Darren L. Besic
Darren L. Besic
5 East Wilson Street
Batavia, Illinois 60510
(630) 406-8555

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of all exhibits listed above were deposited in the United States mail, first class, postage prepaid, on December 19, 2013 addressed to the following:

Leslie Y Morris, 5301 Market

East St Louis IL 62207

Robert Bruegge, 1500 Eastport Plaza Drive Suite 110

Collinsville IL 62234

/s/ Darren L. Besic