# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Leslie Y Morris

    Debtor(s)

JPMorgan Chase Bank, NA

    Movant(s),
vs.

Leslie Y Morris, Debtor, and Trustee Robert T Bruegge

    Defendant(s).

In Proceedings Under Chapter 7

BK 13–32033–lkg

## ORDER GRANTING RELIEF FROM STAY

This matter is before the Court on a motion for relief from automatic stay filed on 12/19/2013; it appearing to the Court

☑ that the debtor has not filed an objection and/or has consented to the motion;

☑ that the Trustee has not filed an objection and/or has consented to the motion;

☐ other:

Accordingly, **IT IS ORDERED** that the automatic stay with respect to the property described in the motion is lifted.  The provision in Bankruptcy Rule 4001 (a) (3) staying for fourteen days an order granting a motion for relief from stay is hereby waived.

ENTERED: January 3, 2014            /s/ Laura K. Grandy
                                                              UNITED STATES BANKRUPTCY JUDGE